UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

BODE CAPITAL, LLC

    Plaintiff,

v.                                      CASE NO.:  3:21-cv-00354-TJC-JBT

JUSTIN ERICKSEN,

    Defendant.
_____/

JUSTIN ERICKSEN,

    Third-Party Plaintiff,

v.

GARY BRECKA,

    Third-Party Defendant.
_____/

## THIRD-PARTY DEFENDANT, GARY BRECKA'S ANSWER AND AFFIRMATIVE DEFENSES TO THIRD-PARTY PLAINTIFF'S COMPLAINT

Third-Party Defendant, Gary Brecka, (Third-Party Defendant) by and through his undersigned counsel, hereby files his Answer and Affirmative Defenses to Third-Party Plaintiff's Complaint, and states as follows:

### GENERAL ALLEGATIONS, JURISDICTION, AND VENUE

1. Third-Party Defendant is without knowledge; therefore, denied.

2. Third-Party Defendant is without knowledge; therefore, denied.

3. Third-Party Defendant admits that he is a resident living in Naples, Florida, otherwise denied.

4. Denied.

5. Denied.

6. Denied.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

12. Denied.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied

21. Denied.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Denied.

32. Denied.

33. Denied.

34. Denied.

35. Denied.

36. Any allegation not specifically admitted herein is denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Third-Party Defendant states that Third Party Plaintiff's claims are barred, in whole or in part, by the statute of limitations. Plaintiff filed suit on March 31, 2021 and Third-Party Plaintiff filed the Third-Party Complaint on August 11, 2021.

### SECOND AFFIRMATIVE DEFENSE

Third-Party Defendant states that Third-Party Plaintiff's claims are barred, in whole or in part, by the doctrine of laches.

### THIRD AFFIRMATIVE DEFENSE

Third-Party Defendant states that Third-Party Plaintiff's claims are barred, in whole or in part, by the doctrine of unclean hands.

### DEMAND FOR JURY TRIAL

Third Party Defendant, Gary Brecha demands a trial by jury of all issues so triable as a matter of right.

        */s/ Russell R. Thomson*
        RUSSELL R. THOMSON
        Florida Bar No.: 1005235
        **GOEDE, DEBOEST & CROSS, PLLC**
        6609 Willow Park Drive, Suite 201
        Naples, FL 34109
        (239) 331-5100 – Telephone
        (239) 260-7677 – Facsimile
        RThomson@gadclaw.com
        CUrbanowski@gadclaw.com
        Attorneys for Third-Party Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of May, 2022, I presented the foregoing to the Clerk of Court for filing and uploading to the CM/ECF system, which will send a Notice of Electronic Filing to the following:

Via E-Service to:

Aaron M. McKown, Esq.
McKown Bailey
620 Newport Center Drive, Suite 690
Newport Beach, CA 92660
aaron@mckownbailey.com
*Counsel for Plaintiff*


Michael T. Fackler
Florida Bar No. 612421
John C.W. Cherneski
Florida Bar No. 85780
14 East Bay Street
Jacksonville, Florida 32202
Tel: (904) 357-3660
Fax: (904) 357-3661
Primary: mfackler@milamhoward.com
Secondary: sjames@milamhoward.com
Primary: jcherneski@milamhoward.com
Secondary: sphipps@milamhoward.com

Secondary: hdurham@milamhoward.com
Counsel for Defendant, Justin Ericksen

                                        */s/ Russell R. Thomson*
                                        RUSSELL R. THOMSON, ESQ.